360 P.2d 925

In the Matter of Disbarment Proceedings against George CEBUHAR.

No. 6904.

Supreme Court of New Mexico.

April 11, 1961.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices concurring.

Ordered that the report of referees and recommendations contained therein be and they are hereby adopted in their entirety.

Further ordered that the respondent, George Cebuhar, be and he is hereby adjudged to be guilty of unethical and unprofessional conduct in the practice of law.

Further ordered that the Clerk of this Court be and he is hereby directed to strike the name of respondent, George Cebuhar from the roster of attorneys of this Court; that respondent, George Cebuhar, be and he is hereby permanently disbarred from the practice of law within the State of New Mexico, effective as of this date; and that the respondent pay the costs of this proceeding.

360 P.2d 925

James C. BURLESON, Petitioner,

v.

PEOPLE of the State of New Mexico, Respondent.

No. 6948.

Supreme Court of New Mexico.

April 18, 1961.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices concurring.

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of habeas corpus be and it is hereby denied for the reason that petitioner has not exhausted his remedies in the district court, and for the further reason that the petition states no grounds upon which relief could be granted.